No. 67561.—Manca, Inc. v. United States, protest 61/3275 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of mercury vapor lamps used for illuminating purposes, composed wholly or in chief value of iron or steel, the claim of the plaintiff was sustained.

No. 67562.—Manca, Inc. v. United States, protest 61/10391 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles, described on the invoice as "Monla lamps," are lamps provided with a special stand of their own; that they can be used not only as light source for microscopes, but also as light source for a great many other devices; and that they have no special fittings for the purpose of attaching them to a microscope, the claim of the plaintiff was sustained.

No. 67563.—Charles C. Merzbach Co., Inc. v. United States, protest 59/26317 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Faller Houses" similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.